1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER JOHN LANGLEY,              No.  2:25-cv-0473 CSK P

12                  Plaintiff,

13          v.                               ORDER

14    PLACER COUNTY, et al.,

15                  Defendants.

16

17          Plaintiff is a county prisoner, proceeding without counsel, with a civil rights action

18    pursuant to 42 U.S.C. § 1983.  Pending before the Court are plaintiff's motions for extensions of

19    time.  (ECF No. 3, 6.)  For the following reasons, plaintiff's motions for extensions of time are

20    denied.

21          On February 6, 2025, plaintiff filed a complaint and a motion to proceed in forma

22    pauperis.  (ECF Nos. 1, 2.)  On February 14, 2025, this Court denied plaintiff's application to

23    proceed in forma pauperis and granted plaintiff thirty days to submit a completed in forma

24    pauperis affidavit and a certified copy of the inmate trust account statement for the six month

25    period immediately preceding the filing of the complaint.  (ECF No. 5.)  This Court directed the

26    Clerk of the Court to send plaintiff a new application to proceed in forma pauperis.  (Id.)

27          On February 6, 2025, plaintiff filed a motion docketed as a request for pro se status and a

28    motion for extension of time.  (ECF No. 3.)  In this motion, plaintiff requests that Placer County

be notified of plaintiff's pro se status so that plaintiff may "receive supplies and priority law library access." (Id. at 1.)  In this motion, plaintiff also requests a six month extension of time to seek legal counsel. (Id.)  On February 19, 2025, plaintiff filed a second motion for an extension of time to seek legal counsel.  (ECF No. 6.)

Plaintiff is informed that there is no deadline for plaintiff to seek counsel to represent plaintiff in the instant action.  For this reason, plaintiff's motions for extensions of time to seek counsel are denied.  Plaintiff is informed that he is obligated to prosecute this action while he seeks counsel.  This Court construes plaintiff's motion filed February 6, 2024 to contain a request for legal supplies and law library access.  Plaintiff does not allege that he is being denied legal supplies or law library access.  For these reasons, plaintiff does not demonstrate that his right of access to the courts is being impaired.  In addition, the only pending deadline in the instant action is for plaintiff to file the completed in forma pauperis affidavit and certified copy of his trust account statement.  Plaintiff fails to demonstrate why he requires law library access to submit these documents.  Plaintiff also fails to demonstrate that he cannot submit these documents without access to additional legal supplies.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for pro se status and motion for extension of time (ECF No. 3) is denied; and

2.  Plaintiff's motion for extension of time (ECF No. 6) is denied.

Dated:  February 24, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Lang473.ord/2

2