1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN LANGLEY, | No. 2:25-cv-0473 CSK P |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

Plaintiff is a county prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2025, plaintiff filed a motion for extension of time to research court rules and to "extend my time limits…" (ECF No. 9.) Plaintiff's only deadline in the instant action is to file a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint on or before March 16, 2025. (ECF No. 5.) Good cause appearing, plaintiff is granted a thirty day extension of time to file these documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 9) is granted; and

2. Plaintiff is granted thirty days from the date of this order to file a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.

1

1  Dated: March 14, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

6  Lang473.eot/2