UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN LANGLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLACER COUNTY, et al.,<br><br>　　　　Defendants. | No.  2:25-cv-0473 CSK P<br><br><u>ORDER AND FINDINGS AND RECOMMENDATIONS</u> |

By an order filed February 14, 2025, plaintiff was granted thirty days to file a completed in forma pauperis affidavit and a certified copy of his trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  (ECF No. 5.) On March 14, 2025, this Court granted plaintiff a thirty-day extension of time to file these documents.  (ECF No. 11.)  Thirty days have passed since March 14, 2025, and plaintiff did not file a completed in forma pauperis affidavit and a certified copy of his trust account statement.[1]

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

---

[1] On March 19, 2025, plaintiff filed a motion for extension of time to file his completed in forma pauperis affidavit and copy of his certified trust account statement.  (ECF No. 12.)  Plaintiff signed this motion on March 16, 2025.  (<u>Id.</u>) On April 1, 2025, this Court denied this motion for extension of time as unnecessary based on the March 14, 2025 order granting plaintiff thirty days to file these documents.  (ECF No. 13.)

1

1  These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3  after being served with these findings and recommendations, plaintiff may file written objections
4  with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
6  failure to file objections within the specified time may waive the right to appeal the District
7  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 30, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Lang473.fifp/2

2